UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| P&G CONSTRUCTION CONSULTANTS, LLC, as Assignee of Larry White,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>Defendant. | No. 1:22-cv-090-DCLC-SKL |

## **O R D E R**

Before the Court is a motion to withdraw as counsel filed by Plaintiff P&G Construction Consultants, LLC, as Assignee of Larry White's counsel ("Plaintiff"), Toby Gammill and the Gammill Law Group ("Attorney Gammill") [Doc. 32]. The motion fails to fully comply with the requirements of Eastern District of Tennessee Local Rule 83.4(g). For instance, E.D. Tenn. L.R. 83.4(g)(2) requires that, where there is no other attorney of record, the motion to withdraw, must include the current mailing address and telephone number of the client. Further, E.D. Tenn. L.R. 83.4(g)(3), in situations where consent of the client is not obtained, requires certification that a copy of the motion to withdraw was provided to Plaintiff at least 14 days prior to the date the motion was filed. Moreover, the motion does not address the "extraordinary circumstances" required by E.D. Tenn. L.R. 83.4(g) given that Plaintiff is alleged to be a domestic corporation.

Because the pending motion to withdraw does not fully comply with Local Rule 83.4(g), the Court lacks sufficient information to comfortably consider the motion or schedule a hearing on the motion. Accordingly, Attorney Gammill's motion to withdraw [Doc. 32] is **DENIED**

**WITHOUT PREJUDICE** to the refiling of a proper motion to withdraw or substitute counsel that fully complies with the applicable local rules.

      SO ORDERED.

      ENTER:

                                                        s/ *Susan K. Lee*
                                                        SUSAN K. LEE
                                                        UNITED STATES MAGISTRATE JUDGE