UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| P&G CONSTRUCTION CONSULTANTS, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 1:22-cv-090-DCLC-SKL |
| NATIONWIDE GENERAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |

## **O R D E R**

Before the Court is the first motion to withdraw filed by counsel John R. Drake ("Attorney Drake") for Plaintiff [Doc. 88]. The motion states as grounds for withdrawal that Plaintiff wishes to retain another attorney for representation in this matter. The motion fails to fully comply with the requirements of Eastern District of Tennessee Local Rule 83.4(g). For instance, E.D. Tenn. L.R. 83.4(g)(2) requires that, where there is no other attorney of record, the motion to withdraw, must include the current mailing address and telephone number of the client. Further, E.D. Tenn. L.R. 83.4(g)(3), in situations where consent of the client is not obtained, requires certification that a copy of the motion to withdraw was provided to Plaintiff at least 14 days prior to the date the motion was filed. It also appears that Attorney Drake did not send a copy of the motion to withdraw to Plaintiff as the certificate of service indicates service solely upon counsel for Defendant via the Court's ECF system. Moreover, the motion does not address the "extraordinary circumstances" required by E.D. Tenn. L.R. 83.4(g) given that Plaintiff is alleged to be a domestic corporation and cannot proceed pro se.

Because the pending motion to withdraw does not fully comply with Local Rule 83.4(g), the Court lacks sufficient information to comfortably consider the motion or schedule a hearing on the motion. Accordingly, Attorney Drake's motion to withdraw [Doc. 88] is **DENIED WITHOUT PREJUDICE** to the refiling of a proper motion to withdraw or substitute counsel that fully complies with the applicable local rules or another attorney enters an appearance for Plaintiff.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE